**Petition for Writ of Mandamus Denied; Stay Lifted; and Memorandum Opinion filed June 6, 2024.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-24-00052-CV

### IN RE DAVID MCKEAND, Relator

**ORIDINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 505th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 10-DCV-180326**

### MEMORANDUM OPINION

On January 19, 2024, relator David McKeand filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Kalie Morgan, presiding judge of the 505th Judicial District Court of Fort Bend County, to vacate the order on motion for sanctions against relator signed July 25, 2023.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. Additionally, our January 23, 2024 stay is lifted.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.